**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mayra Rodriguez,<br><br>          Plaintiff,<br><br>v.<br><br>Pride Dealer Services Incorporated,<br><br>          Defendant. | **NO. CV-23-01955-PHX-ROS**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Mayra Rodriguez and against Defendant Pride Dealer Services Incorporated in the amount of $47,639.00 in damages and liquidated damages under the FLSA and AWA. The amount shall be subject to post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961(a).

Debra D. Lucas
District Court Executive/Clerk of Court

May 6, 2024

By   s/ Rebecca Kobza
     Deputy Clerk